# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| WHIRLPOOL CORP. | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Case No. 2:15-cv-1528-JRG |
| TST WATER, LLC | § § § | |
| *Defendant* | § | |

## ORDER APPOINTING TECHNICAL ADVISOR

The Court hereby appoints David Keyzer as the Court's technical advisor in this case, with his fees and expenses to be assessed equally between Plaintiff and Defendants and timely paid as billed. The parties are ORDERED to send copies of their claim construction briefs and any technology tutorials to the Law Office of David Keyzer, P.C. at 5170 Golden Foothill Parkway, El Dorado Hills, CA 95762.

**So ORDERED and SIGNED this 8th day of June, 2016.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE