IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| WHIRLPOOL CORPORATION, | § |
| Plaintiff, | § § § |
| v. | § CASE NO. 2:15-CV-1528-JRG |
| TST WATER, LLC, | § § § |
| Defendant. | § § |

## ORDER

The Court enters this Order *sua sponte*. The Court's March trial schedule shall proceed as follows:

- Jury selection in Case No. 2:15-cv-1528-JRG, *Whirlpool Corp. v. TST Water, LLC*, is set for March 6, 2017, at 9:00 a.m.

- Jury selection in Case No. 2:15-cv-349-JRG, *St. Lawrence Communications LLC v. ZTE Corp.*, and remaining consolidated cases is reset for March 13, 2017, at 9:00 a.m.

In the event either *Whirlpool* or *St. Lawrence* do not proceed to trial, then the following cases will fill that vacancy and proceed to trial in the following order:

- Case No. 2:15-cv-1524-JRG-RSP, *511 Innovations, Inc. v. HTC America, Inc.* and remaining consolidated cases.

- Case No. 2:15-cv-1366-JRG-RSP, *Personalized Media Communications, LLC v. Apple, Inc.*

**So ORDERED and SIGNED this 13th day of February, 2017.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE