# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| WHIRLPOOL CORPORATION, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 2:15-CV-1528-JRG |
| v. | § | |
| | § | |
| TST WATER, LLC, | § | |
| | § | **JURY TRIAL DEMANDED** |
| Defendant. | § | |
| | § | |
| | § | |

## MOTION TO AMEND JOINT PROPOSED
## FINAL JURY INSTRUCTIONS (ECF NO. 111-8)

Plaintiff Whirlpool Corp. ("Whirlpool") seeks leave to file an amended Joint Proposed Final Jury Instruction (ECF No. 111-8) regarding *Georgia Pacific* Factor 9 pursuant to Civil Local Rule 7(k).  Defendant TST Water LLC ("TST") opposes this motion.

Whirlpool noticed on February 13, 2017 that the parties' proposed joint instruction regarding *Georgia Pacific* Factor 9 deviates from the standard *Georgia Pacific* instruction.  It includes an additional clause specific to standard essential patents, requiring the jury to "[d]isregard[] any necessity to use the patented invention *due to any essentiality*."

Good cause exists to allow amendment.  Whirlpool inadvertently failed to excise this clause from its initial draft, which was based on the parties' agreed-upon *CoreWireless* base.  Upon realizing that the standards essential language from that case had carried over into the parties' proposed instruction, Whirlpool immediately notified TST and requested agreement to the filing of a corrected instruction.  TST responded that it was willing to revise to the language to require "[d]isregarding any necessity to use the patented invention due to any essentiality for

sf-3740835

*interoperability with Whirlpool's refrigerators*."  But TST refused to remove the standard

essential patent-specific concept from the instruction and said it would oppose any "attempts by

Whirlpool to change this instruction."  Whirlpool provided TST with the opportunity to provide

support for its proposed deviation from the standard *Georgia Pacific* instruction.

    To ensure that the Joint Proposed Final Jury Instruction includes an accurate

representation of the parties' positions, Whirlpool respectfully requests the Court's leave to file

an amended jury instruction regarding *Georgia Pacific* Factor 9.


Dated:  February 14, 2017                    Respectfully submitted,

                                             **MORRISON & FOERSTER** LLP


                                             By:  */s/ Richard S.J. Hung by permission
                                             Johnny Ward*
                                             _____
                                             RICHARD S.J. HUNG

                                             MICHAEL A. JACOBS (CA SBN 111664)
                                             (admitted in the Eastern District of Texas)
                                             mjacobs@mofo.com
                                             RICHARD S.J. HUNG (CA SBN 197425)
                                             (admitted in the Eastern District of Texas)
                                             rhung@mofo.com
                                             BARBARA N. BARATH (CA SBN 268146)
                                             (admitted in the Eastern District of Texas)
                                             bbarath@mofo.com
                                             C. JAMESON KENDALL (CA SBN 302683)
                                             (admitted in the Eastern District of Texas)
                                             ckendall@mofo.com
                                             RACHEL S. DOLPHIN (CA SBN 305477)
                                             (admitted in the Eastern District of Texas)
                                             rdolphin@mofo.com
                                             MORRISON & FOERSTER LLP
                                             425 Market Street
                                             San Francisco, California  94105-2482
                                             Telephone: (415) 268-7000
                                             Facsimile: (415) 268-7522

                                             MELISSA R. SMITH

- 2 -

GILLAM & SMITH, LLP
(TX State Bar No. 24001351)
melissa@gillamsmithlaw.com
303 S. Washington Ave.
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

T. JOHN WARD, JR.
(TX State Bar No. 00794818)
jw@wsfirm.com
CLAIRE ABERNATHY HENRY
(TX State Bar No. 24053063)
claire@wsfirm.com
ANDREA FAIR
andrea@wsfirm.com
WARD, SMITH & HILL, PLLC
1507 Bill Owens Parkway
Longview, Texas 75604
Telephone: (903) 757-6400
Facsimile: (903) 757-2323

JEFFREY D. HARTY (IA AT0003357)
jeff.harty@nyemaster.com
DAVID T. BOWER (IA AT0009246)
dbower@nyemaster.com
NYEMASTER GOODE, P.C.
700 Walnut, Ste. 1600
Des Moines, IA  50309
Telephone:  (515) 283-5506
Facsimile:  (515) 283-3108

*Attorneys for Plaintiff*
**WHIRLPOOL CORPORATION**

sf-3740835

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that the conference required by Local Rule CV-7(h) occurred via teleconference on February 13, 2017 and February 14, 2017 between Barbara Barath, counsel for Plaintiff, and Mark Speegle, counsel for Defendant.  The parties disagree about the substance of the motion, thus discussions conclusively ended in an impasse, leaving an open issue for the Court to resolve.

*/s/ Johnny Ward*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on February 14, 2017 to all counsel of record via electronic mail.

*/s/ Johnny Ward*

- 4 -