# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| WHIRLPOOL CORPORATION, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 2:15-CV-1528-JRG |
| TST WATER, LLC, | § § § | **JURY TRIAL DEMANDED** |
| Defendant. | § § § § | |

## ORDER

Before the Court is Whirlpool's Motion to Amend the Joint Proposed Final Jury Instructions (ECF No. 111-8).

IT IS ORDERED THAT: good cause being shown, Whirlpool is granted leave to file an amended jury instruction regarding Georgia Pacific Factor 9.

sf-3740850