**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| WHIRLPOOL CORPORATION, | § § § | |
| Plaintiff, | § | |
| v. | § § | Civil Action No. 2:15-CV-1528-JRG |
| TST WATER, LLC, | § § | |
| Defendant. | § § § § | **JURY TRIAL DEMANDED** |

**PLAINTIFF'S FIFTH AMENDED WITNESS LIST**

Pursuant to the Discovery Order (Dkt. No. 67), and the Amended Docket Control Order

(Dkt. No. 207), entered in this case, Plaintiff Whirlpool Corporation ("Whirlpool") provides this

Trial Witness List for identification and categorization of trial witnesses.

At this time, Whirlpool identifies the following witnesses for trial:

| | WITNESS | (A) WILL CALL | (B) MAY CALL | METHOD |
|---|---|---|---|---|
| 1 | Todd L. Rose | X | | LIVE |
| 2 | Rob Byrd | | X | LIVE |
| 3 | Jennifer Bonuso | | X | LIVE |
| 4 | Brett Dibkey | X | | LIVE |
| 5 | Beth Jackson | X | | LIVE |
| 6 | Rob White | X | | LIVE |
| 7 | Chris Curneal | | X | LIVE |
| 8 | Roberto Da Silva | | X | LIVE |
| 9 | Bruce McFarlane | X | | LIVE |
| 10 | Joseph Beaman | X | | LIVE |
| 11 | Michael Baird | X | | LIVE |
| 12 | Mounir Ibrahim | | X | BY DEPO |

| | WITNESS | (A) WILL CALL | (B) MAY CALL | METHOD |
|---|---|---|---|---|
| 13 | Scott March | | X | BY DEPO |
| 14 | Shannon Murphy | | X | BY DEPO |
| 15 | Chuck Lacy | | X | BY DEPO |
| 16 | Janine Gompper | | X | BY DEPO |
| 17 | Alan Joseph Mitchell | | X | BY DEPO |
| 18 | Judd Dylan Olson | | X | LIVE |
| 19 | David James Emmons | | X | BY DEPO |
| 20 | John Paul Boros | | X | LIVE |
| 21 | Donald Stephen Bretl | | X | BY DEPO |
| 22 | Drew P. Maconachy | | X | BY DEPO |
| 23 | Dennis Roberts | | X | BY DEPO |
| 24 | Darlene Humphrey | | X | BY DEPO |
| 25 | Henry Pavel | | X | BY DEPO |
| 26 | Richard Arikian | | X | BY DEPO |
| 27 | John Kroonblawd | | X | LIVE |

Whirlpool expressly reserves the right to call live, by video, or by deposition any witness on this list or any witness on Defendant's witness lists.  Whirlpool hereby expressly reserves the right to supplement, augment, or otherwise modify this list based on circumstances as they may evolve prior to the commencement of trial.

Dated:  February 24, 2017

Respectfully submitted,

**MORRISON & FOERSTER** LLP

By:  */s/ Richard S.J. Hung*

RICHARD S.J. HUNG

MICHAEL A. JACOBS (CA SBN 111664)
(admitted in the Eastern District of Texas)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
(admitted in the Eastern District of Texas)
rhung@mofo.com
BARBARA N. BARATH (CA SBN 268146)
(admitted in the Eastern District of Texas)
bbarath@mofo.com
CHRISTOPHER JAMIESON KENDALL
(CA SBN 302683)
(admitted in the Eastern District of Texas)
ckendall@mofo.com
RACHEL S. DOLPHIN (CA SBN 305477)
(admitted in the Eastern District of Texas)
rdolphin@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

MELISSA R. SMITH
GILLAM & SMITH, LLP
(TX State Bar No. 24001351)
melissa@gillamsmithlaw.com
303 S. Washington Ave.
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

T. JOHN WARD, JR.
(TX State Bar No. 00794818)
jw@wsfirm.com
CLAIRE ABERNATHY HENRY
(TX State Bar No. 24053063)
claire@wsfirm.com
ANDREA FAIR
andrea@wsfirm.com
WARD, SMITH & HILL, PLLC

- 3 -

1507 Bill Owens Parkway
Longview, Texas 75604
Telephone: (903) 757-6400
Facsimile: (903) 757-2323

JEFFREY D. HARTY (IA AT0003357)
jeff.harty@nyemaster.com
DAVID T. BOWER (IA AT0009246)
dbower@nyemaster.com
NYEMASTER GOODE, P.C.
700 Walnut, Ste. 1600
Des Moines, IA  50309
Telephone:  (515) 283-5506
Facsimile:  (515) 283-3108

*Attorneys for Plaintiff*
**WHIRLPOOL CORPORATION**

- 4 -

### <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the above and foregoing

document has been served on February 24, 2017 to all counsel of record via electronic mail.

*/s/Tom E. Beyer*