IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| WHIRLPOOL CORPORATION | § § | |
| v. | § § § | Case No. 2:15-cv-1528-JRG |
| TST WATER, LLC | § | |

## ORDER TO PURCHASE JURY MEALS

In the interest of justice, jurors are ordered to remain together during breaks and meals in the above mentioned case during deliberations. The deputy-in-charge or courtroom deputy is authorized to purchase meals for such jurors until a verdict is rendered to this Court.

**So ORDERED and SIGNED this 3rd day of March, 2017.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE