**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| WHIRLPOOL CORPORATION | § § | |
| v. | § § | Case No. 2:15-cv-1528-JRG |
| TST WATER, LLC. | § | |

**MINUTES FOR TRIAL DAY TWO
HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
MARCH 7, 2017**

**OPEN:** 8:37 a.m.                                                                       **ADJOURN:** 5:50 p.m.

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached. |
| ATTORNEY FOR DEFENDANT: | See attached. |
| LAW CLERKS: | Erik Fountain<br>Angela Oliver<br>Hannah Jiam |
| COURT REPORTER: | Shelly Holmes, CSR-TCRR |
| COURTROOM DEPUTY: | Jan Lockhart |

| TIME | MINUTES |
|---|---|
| 8:37 a.m. | Court opened.  Counsel announced ready for hearing. Exhibits used prior day read into the record by Misses Barath and DeRieux. |
| 8:39 a.m. | Jury returned to the Courtroom.  Direct examination of Joseph Beaman by Mr. Hung. |
| 9:44 a.m. | Bench conference. |
| 9:45 a.m. | Recess. |
| 10:05 a.m. | Cross examination of Joseph Beaman by Mr. Murray. |
| 11:32 a.m. | Bench conference. |
| 11:33 a.m. | Cross examination of Joseph Beaman by Mr. Murray. |
| 11:40 a.m. | Redirect examination of Joseph Beaman by Mr. Hung. |
| 11:58 a.m. | Recross examination of Joseph Beaman by Mr. Murray. |
| 12:03 p.m. | Lunch recess. |
| 1:08 p.m. | Jury returned to the Courtroom.  Direct examination of Rob White by Ms. Barath. |
| 1:25 p.m. | Bench conference.  Direct examination of Rob White by Ms. Barath. |
| 1:48 p.m. | Cross examination of Rob White by Ms. DeRieux. |
| 1:49 p.m. | Bench conference. |
| 1:50 p.m. | Cross examination of Rob White by Ms. DeRieux. |
| 2:03 p.m. | Redirect examination of Rob White by Ms. Barath. |
| 2:06 p.m. | Video deposition of Scott March. |
| 2:19 p.m. | Video deposition of Darlene Humphrey. |
| 2:45 p.m. | Recess. |
| 3:05 p.m. | Court reconvened.  Video deposition of Darlene Humphrey. |
| 3:26 p.m. | Direct examination of Bruce McFarlane by Ms. Barath. |
| 3:35 p.m. | Courtroom sealed. |
| 3:39 p.m. | Bench conference. |
| 3:42 p.m. | Direct examination of Bruce McFarlane by Ms. Barath. |
| 3:51 p.m. | Recess. |
| 4:02 p.m. | Court reconvened.  Courtroom is unsealed. |
| 4:03 p.m. | Direct examination of Bruce McFarlane by Ms. Barath. |
| 5:37 p.m. | Bench conference. |
| 5:49 p.m. | Jury excused.  Hearing outside the presence of the jury. |
| 5:50 p.m. | Court adjourned. |