**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| WHIRLPOOL CORPORATION | § § | |
| v. | § § | Case No. 2:15-cv-1528-JRG |
| TST WATER, LLC. | § § | |

**MINUTES FOR TRIAL DAY THREE
HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
MARCH 8, 2017**

**OPEN:** 8:22 a.m.                                                          **ADJOURN:** 5:45 p.m.

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached. |
| ATTORNEY FOR DEFENDANTS: | See attached. |
| LAW CLERKS: | Erik Fountain<br>Angela Oliver<br>Hannah Jiam |
| COURT REPORTER: | Shelly Holmes, CSR-TCRR |
| COURTROOM DEPUTY: | Jan Lockhart |

| TIME | MINUTES |
|---|---|
| 8:22 a.m. | Court opened. Counsel announced ready for hearing. Exhibits used prior day read into the record by Misses Barath and DeRieux. Hearing outside the presence of the Jury. |
| 8:30 a.m. | Cross examination of Bruce McFarlane by Ms. Sganga. |
| 9:22 a.m. | Redirect examination of Bruce McFarlane by Ms. Barath. |
| 9:32 a.m. | Recross examination of Bruce McFarlane by Mr. Sganga. |
| 9:34 a.m. | Recess. |
| 9:35 a.m. | Hearing outside the presence of the Jury. Recess, |
| 9:53 a.m. | Court reconvened. Direct examination of Michael Baird by Mr. Ward. |
| 10:56 a.m. | Bench conference. |
| 10:58 a.m. | Cross examination of Michael Baird by Mr. Sganga. |
| 11:31 a.m. | Bench conference. |
| 11:32 a.m. | Cross examination of Michael Baird by Mr. Sganga. |
| 11:50 a.m. | Recess. |
| 1:01 p.m. | Court reconvened. Jury returned to Cross examination of Michael Baird by Mr. Sganga. |
| 1:47 p.m. | Redirect examination of Michael Baird by Mr. Ward. |
| 2:04 p.m. | Bench conference. |
| 2:06 p.m. | Redirect examination of Michael Baird by Mr. Ward. |
| 2:08 p.m. | Recross examination of Michael Baird by Mr. Sganga. |
| 2:13 p.m. | Redirect examination of Michael Baird by Mr. Ward. Plaintiff rested. |
| 2:14 p.m. | Direct examination of Charles Lacy by Ms. DeRieux. |
| 2:36 p.m. | Cross examination of Charles Lacy by Mr. Hung. |
| 2:44 p.m. | Redirect examination of Charles Lacy by Ms. DeRieux. |
| 2:46 p.m. | Recess. |
| 3:10 p.m. | Court reconvened. Mr. Speegle introduced video deposition of Jennifer Bonuso. |
| 3:25 p.m. | Video deposition of Edward Guo introduced by Mr. Gillett. |
| 3:30 p.m. | Direct examination of Shannon Murphy by Mr. Murray. |
| 4:06 p.m. | Bench conference. |
| 4:07 p.m. | Direct examination of Shannon Murphy by Mr. Murray. |
| 4:08 p.m. | Cross examination of Shannon Murphy by Mr. Ward. |
| 4:17 p.m. | Redirect examination of Shannon Murphy by Mr. Murray. |
| 4:18 p.m. | Recross examination of Shannon Murphy by Mr. Ward. |
| 4:19 p.m. | Recess. |
| 4:39 p.m. | Video deposition of Beth Jackson introduced by Mr. Gillett. |
| 5:03 p.m. | Video deposition of Robert Byrd introduced by Mr. Speegle. |
| 5:10 p.m. | Video deposition of John Kroonblawd introduced by Mr. Speegle. |
| 5:17 p.m. | Video deposition of Alan Mitchell introduced by Mr. Speegle. |
| 5:45 p.m. | Court adjourned. |