# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| WHIRLPOOL CORPORATION | § | |
| | § | |
| v. | § | Case No. 2:15-cv-1528-JRG |
| | § | |
| TST WATER, LLC. | § | |

## MINUTES FOR TRIAL DAY FOUR
## HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
## MARCH 9, 2017

**OPEN:** 8:25 a.m.                                               **ADJOURN:** 5:50 p.m.

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached. |
| ATTORNEY FOR DEFENDANT: | See attached. |
| LAW CLERKS: | Erik Fountain<br>Angela Oliver<br>Hannah Jiam |
| COURT REPORTER: | Shelly Holmes, CSR-TCRR |
| COURTROOM DEPUTY: | Jan Lockhart |

| TIME | MINUTES |
|---|---|
| 8:25 a.m. | Court opened.  Counsel announced ready for hearing. Exhibits used prior day read into the record by Misses Barath and DeRieux. |
| 8:31 a.m. | Direct examination of David Hanson by Mr. Sganga. |
| 8:57 a.m. | Cross examination of David Hanson by Mr. Ward. |
| 9:31 a.m. | Redirect examination of David Hanson by Mr. Sganga. |
| 9:36 a.m. | Recross examination of David Hanson by Mr. Ward. |
| 9:38 a.m. | Direct examination of Matthew Stein by Mr. Murray. |
| 10:08 a.m. | Recess. |
| 10:30 a.m. | Direct examination of Matthew Stein by Mr. Murray. |
| 11:45 a.m. | Cross examination of Matthew Stein by Mr. Hung. |
| 12:04 p.m. | Bench Conference. |
| 12:13 p.m. | Jury excused for lunch until 1:15 p.m. |
| 12:14 p.m. | Hearing outside the presence of the Jury. |
| 12:19 p.m. | Lunch recess. |
| 1:20 p.m. | Court reconvened.  Hearing outside the presence of the Jury.  Messrs. Hung and Murray argued. |
| 1:27 p.m. | Jury returned to the courtroom.  Cross examination of Matthew Stein by Mr. Hung. |
| 1:57 p.m. | Redirect examination of Matthew Stein by Mr. Murray. |
| 1:58 p.m. | Video deposition of Donald Stephen Bretl introduced by Ms. Kennedy. |
| 2:09 p.m. | Video deposition of David Emmons introduced by Ms. Kennedy. |
| 2:14 p.m. | Defense rested.  Plaintiff rested.  Jury excused.  Jury to be back at 8:30 a.m. |
| 3:22 p.m. | Court reconvened. Exhibits used prior day to be read into the record on March 10, 2017. |
| 3:24 p.m. | Rule 50 Motions Hearing.  Mr. Hung and Ms. Barath argued for Plaintiff.  Mr. Speegle argued for Defendant.  The Court ruled on the motions. |
| 3:50 p.m. | Recess. |
| 5:42 p.m. | Formal charge conference held.  Ms. Henry and Mr. Speegle argued for the parties. |
| 5:50 p.m. | Court adjourned. |