# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

WHIRLPOOL CORPORATION,

                Plaintiff,                      **PLAINTIFF'S EXHIBIT LIST**

     v.

TST WATER, LLC,

                Defendant.                      Case No. 2:15-cv-1528-JRG

| PRESIDING JUDGE<br>HONORABLE RODNEY GILSTRAP | | | PLAINTIFF'S ATTORNEY<br>T. JOHN WARD, JR. | | DEFENDANT'S ATTORNEY<br>JOHN B. SGANGA, JR. |
|---|---|---|---|---|---|
| TRIAL DATE(S)<br>March 6, 2017 | | | COURT REPORTER<br>SHELLY HOLMES | | COURTROOM DEPUTY<br>JAN LOCKHART |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
| PX001 | | 3/6/17 | | 3/7/17 | U.S. Patent 7,000,894 - Fluidic Cartridges and End Pieces Thereof |
| PX002 | | | | | File History of Ex Parte Reexamination Certificate: U.S. Patent No. 7,000,894 C1: Olson et al. - Fluidic Cartridges and End Pieces Thereof |
| PX004 | | | | | U.S. Patent No. 4,000,829 - Container Closure Unit |
| PX005 | | | | | How to Install EveryDrop™ Ice & Water Refrigerator Filter 1 Video |
| PX006 | | | | | Certified Translation of Japanese Unexamined Utility Model Registration Application No. S56-144891 |
| PX007 | | | | | Screenshot from How to Install EveryDrop™ Ice & Water Refrigerator Filter 1 Video |
| PX008 | | | | | Email re: Appliance Weekly Update from Tonya Hamsley to Janine Gompper; Darlene Humphrey, et al. |
| PX011 | | | | | Email re: sales from Shannon Murphy to Janine Gompper; Darlene Humphrey, et al. |
| PX012 | | 3/7/17 | | 3/8/17 | Email re: stuff from Shannon Murphy to Darlene Humphrey, et al. |
| PX014 | | 3/7/17 | | 3/8/17 | Presentation: TST Water LLC Partnership Meeting 2015 Planning |
| PX015 | | 3/7/17 | | 3/8/17 | Presentation: HDX The standard for refrigerator water filters driven by The Home Depot |
| PX017 | | 3/7/17 | | 3/8/17 | Email re: TST Water/HDX Water Filters from John Sganga to Steven Wong, et al. |
| PX018 | | 3/7/17 | | 3/8/17 | Email re: TST Water/HDX Water Filters from Steven Wong to John Sganga, et al. |
| PX019 | | | | | The Home Depot's Supplier Buying Agreement (SBA) - Summary of Business |
| PX020 | | 3/7/17 | | 3/8/17 | Spreadsheet: and HDX Filter SKU Sales $ and Units for 2016 YTD by Week |
| PX021 | | | | | The Home Depot Fill Rate Report |
| PX022 | | 3/7/17 | | 3/8/17 | Spreadsheet: RTV Supplier Visibility report, Maytag/Whirlpool Parts |
| PX023 | | 3/7/17 | | 3/8/17 | Spreadsheet: RTV Supplier Visibility report, Halcyon International, LLC |

| WHIRLPOOL CORPORATION v. TST WATER, LLC | | | | | Case No. 2:15-cv-1528-JRG |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
| PX026 | | 3/6/17 | | 3/7/17 | KAZ Engineering Drawing (2002) - Assembly Loose Fill Cartridge |
| PX027 | | 3/6/17 | | 3/7/17 | Email re: Tornado CETDraft from John D. Kroonblawd to Thomas C. Bartelman, Alan J. Mitchell with attachment: Tornado 1, Concept Evaluation Tollgate |
| PX030 | | | | | AquaThrift AQT W5 Product Sheet |
| PX031 | | | | | Installation Quick Start Guide for AQT-W5 |
| PX032 | | | | | AquaThrift Products webpage |
| PX034 | | 3/7/17 | | 3/8/17 | Physical AquaThrift AQT-W5 Replacement Filter (including packaging) |
| PX035 | | | | | Agreement between TST Water, LLC and RAM Associates LLC |
| PX050 | | 3/7/17 | | 3/8/17 | Physical KleenWater KWW-5 filter |
| PX051 | | 3/6/17 | | 3/7/17 | Amended Corrected 1006 Summary of Whirlpool Settlement Agreements |
| PX052 | | | | | Responses And Objections Of Defendant TST Water, LLC To Plaintiff's Notice Of Deposition Pursuant To Rule 30(B)(6) |
| PX058 | | | | | TST WATER LLC, Customer call, Q&A and Complaints Report |
| PX059 | | 3/7/17 | | 3/8/17 | Design File For The Accused Product |
| PX061 | | | | | TST Water W-5 Product Information Sheets |
| PX062 | | 3/7/17 | | 3/8/17 | How to Replace Your WaterSentinel Refrigerator Water Filter Video |
| PX065 | | 3/7/17 | | 3/8/17 | TST's Sales of Whirlpool Refrigerator Compatible Water Filters (2012-2016) (including average price) |
| PX066 | | | | | Email from Cara Charran to TST re: TST WaterHDX Water Filters |
| PX068 | | | | | TST Country of Origin Worksheets for WSW-5 |
| PX069 | | | | | TST Country of Origin Worksheets for FMW-5 |
| PX070 | | | | | W-5 Filter Installation Guides |
| PX071 | | 3/7/17 | | 3/8/17 | TST W-5 product packaging |
| PX075 | | | | | Spreadsheet: W-5 Whirlpool Filter 3 Compatible Refrigerator Model Numbers and Fridge Brand |
| PX076 | | 3/7/17 | | 3/8/17 | TST Water Presentation: Refrigerator Water Filters Line Review |
| PX077 | | | | | WSW-5 Cross Reference Model Numbers |
| PX079 | | 3/7/17 | | 3/8/17 | Email re: Project Information from Melanie Inge to Darlene Humphrey; Janine Gompper; Ann Bailey, et al. |
| PX080 | | | | | AquaThrift AQT-W5 Product Packaging |
| PX081 | | 3/7/17 | | 3/8/17 | Email re: Job ID 119121925 Approval Request from Shannon Murphy to Darlene Humphrey; DIANA L CANNON; Michael Baird; Janine Gompper, et al. |
| PX082 | | | | | Email re: Filter Rack POG for August MET Project from Janine Gompper to Darlene Humphrey, et al. with attachment |
| PX093 | | | | | Email re: D29A Weekly Stats - FW32 2015 from Shannon Murphy to Darlene Humphrey, Michael Baird, et al. |
| PX096 | | | | | Spreadsheet containing reviews of W-5 water filters |
| PX097 | | | | | Email re: Info You Requested, with attachments OEM_TST_Compatible Filters_Top8_10.05.15.pdf, patent resolution.xlsx, pertinent patent list TST Filters.xlsx from Janine Gompper to Michael Baird, et al. |
| PX101 | | | | | Email re: W-5 labels from Drew Lamont to Julie Nunez, et al. |
| PX106 | | | | | Email re: HDX W-5 Final Artwork, with attachments from Janine Gompper to Shannon Murphy; Steve Tedesco; Troy Cregar, et al. |
| PX107 | | 3/8/17 | | 3/9/17 | Email re: Swift Green from Chuck Lacy to Michael Baird, et al. |

| WHIRLPOOL CORPORATION v. TST WATER, LLC | | | | | Case No. 2:15-cv-1528-JRG |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
| PX111 | | | | | Email re: patent license from Michael Baird to Russ Patterson, et al. |
| PX112 | | | | | Email re: License agreement MOU from Michael Baird to Russ Patterson, et al. |
| PX113 | | | | | Email re: MOU from Russ Patterson to Michael Baird, et al. |
| PX114 | | 3/8/17 | | 3/9/17 | Email re: Memorandum of Understanding ("MOU") On Option for Exclusive License of U.S. Patent No. 8,216,463 from Michael Baird to Russ Patterson, et al. |
| PX115 | | | | | Email re: MOU from Michael Baird to Russ Patterson, et al. |
| PX116 | | 3/8/17 | | 3/9/17 | Email re: PLR Home Depot with attachments from Chuck Lacy to Rob Garrett, et al. |
| PX118 | | | | | Email re: PLR Home Depot, including attachment, 3 SupplierCategory Questionnaire_TST_ Water 6-11-2013.xlsm from Chuck Lacy to Rob Garrett, et al. |
| PX119 | | | | | Email from Shannon Murphy to Michael Baird et al. re: Rainfresh, with attachment TST Retail Pricing Overview.xlsx |
| PX120 | | 3/8/17 | | 3/9/17 | Email re: Whirlpool filters - HD#422877 - Model# W10193691 from Chuck Lacy to Joey Corona, et al. |
| PX121 | | | | | Email re: Patent Questions for Refrigerator Filters - ACE from Michael Baird to O'Connor, Shawn M, et al. |
| PX122 | | | | | New Project Development Project Listing |
| PX123 | | 3/8/17 | | 3/9/17 | Email re: Summary you requested - Janine/Chuck please review once more found lots of errors last go round, with attachment - HDX-TST Cross Referencex from Michael Baird to Joey Corona, et al. |
| PX124 | | | | | Email from Baird to Patterson re: license |
| PX125 | | 3/8/17 | | 3/9/17 | Email re: Whirlpool from Michael Baird to Chuck Lacy; Randy Parmley; Janine Gompper, et al. |
| PX127 | | | | | Email re: NEAGE AQT missing parts, with attachment NEAEG AQT Water Filter Spreadsheet missing filters from Chuck Lacy to Richard Arikian, et al. |
| PX128 | | | | | Email re: Whirlpool from Shannon Murphy to Michael Baird, et al. |
| PX129 | | | | | Email re: follow up regarding Brita from John Prince to Michael Baird; Clorox - Craig Whited, et al. |
| PX130 | | 3/8/17 | | 3/9/17 | Email re: Swift Green Filters from Michael Baird to Wayne Volland, et al. |
| PX132 | | 3/8/17 | | 3/9/17 | Email re: Patent Resolution Spreadsheet & your Pertinent Patents Spreadsheet, with attachments - Patent Resolution.xlsx, Pertinent Patent List TST Filters.xlsx from Randy Parmley to Michael Baird, et al. |
| PX133 | | | | | Email re: May 1 W3 filter head meeting minutes from Mike Clark to Michael Baird - TST Water; TST Water; TST Water; TST Water, et al. |
| PX134 | | | | | Email re: Watts New Pricing, with attachment Copy of Lowes Rfilter margin analysis 10 10 14 PG from Mounir Ibrahim to Michael Baird, Chuck Lacy, et al. |
| PX135 | | 3/8/17 | | 3/9/17 | Email re: Best Buy from Mark Sherva to Janine Gompper, et al. |
| PX136 | | 3/7/17 | | 3/8/17 | TST W-5 Prototype Drawings |
| PX137 | | | | | Email re: TST Water/HDX Water Filters from John Sganga to Michael Baird, et al. |

3

C:\Users\teb4\AppData\Local\Microsoft\Windows\Temporary Internet Files\Content.Outlook\3EM9W3K7\SAN FRANCISCO-Court Exhibit List -3745860.DOCX

| WHIRLPOOL CORPORATION v. TST WATER, LLC | | | | | Case No. 2:15-cv-1528-JRG |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
| PX138 | | | | | Email from Darlene Humphrety to Michael Baird re: 2016 contracts- missed first page with initial with attachment 201509081351.pdf (USA Rebate Agreement) |
| PX139 | | | | | Spreadsheet: TST Market Analysis of Water Filter Sales |
| PX140 | | | | | Email re: Ad from Darlene Humphrey to Michael Baird, et al. |
| PX141 | | | | | Email re: quality issues with HDX filter 4 and introduction of W-5 from Michael Baird to Darlene Humphrey, et al. |
| PX143 | | 3/7/17 | | 3/8/17 | Email re: HDX return rate from David Gunnells to Michael Baird, et al. |
| PX148 | | 3/8/17 | | 3/9/17 | Email re: Lisa Hoyer also Answered a question in the group D70 - Appliances from Michael Baird to Chuck Lacy; Shannon Murphy; Janine Gompper; , et al. |
| PX149 | | | | | Vendor SSR 2015 Estimate for Fiscal Year Ending 1/31/2016; Vendor SSR 2016 Estimate for Fiscal Year Ending 1/31/2017 |
| PX150 | | 3/7/17 | | 3/8/17 | Email re: 2016 contracts from Michael Baird to Darlene Humphrey, et al. |
| PX152 | | | | | Email re: Watts - W-5 from Shannon Murphy to Michael Baird, et al. |
| PX153 | | 3/8/17 | | 3/9/17 | Email re: Another Whirlpool suit from Chuck Lacy to Michael Baird, et al. |
| PX155 | | | | | Email re Cash forcast, Bonus calculations, 2015 Sales Forecast, and 216 Sales Forecast, attaching Cash Flow Forecast 11 - 18.xls; 2015 Bonus; 2015 Sa1es $ Forecast (002).xJs; 2016 Sales Forccast |
| PX160 | | | | | Email re: wp filter from Shannon Murphy to Michael Baird; Janine Gompper; Chuck Lacy; Randy Parmley; Mounir Ibrahim, et al. |
| PX161 | | | | | Email re: FMW-5 from Randy Parmley to Shannon Murphy, et al. |
| PX162 | | | | | Email re: FMW-5 from Shannon Murphy to Randy Parmley, et al. |
| PX164 | | | | | Email re: Invoice E1/001 from Srijita Das to Randy Parmley, et al. |
| PX170 | | | | | Email re: The Home Depot - Action Items - DRAFT from Shannon Murphy to Scott March, Michael Baird, Janine Gompper, Randy Parmley, Mike Ghazal, Christina Miles, et al. |
| PX171 | | | | | Email re: THD Action Items for the week from Mike Ghazal to Shannon Murphy, Michael Baird, Janine Gompper, Scott March, Chuck Lacy, Rosa Garcia, Randy Parmley, et al. |
| PX172 | | 3/7/17 | | 3/8/17 | Email re: THD Feb Returns Report from Shannon Murphy to Michael Baird, Janine Gompper, Chuck Lacy, Scott March, Mike Ghazal, Rosa Garcia, Randy Parmley, Mounir Ibrahim, et al. with attachment |
| PX174 | | | | | Email re: THD RTV Information Details from Shannon Murphy to Michael Baird, Janine Gompper, Mike Ghazal, Randy Parmley, Scott March, Chuck Lacy, et al. with attachment |
| PX176 | | | | | Spreadsheet:  JG RTV Report, Halcyon International, LLC |
| PX177 | | | | | Email from Baird to Pavel enclosing indemnification letter |
| PX179 | | 3/7/17 | | 3/8/17 | Spreadsheet: RTV Supplier Visibility report, Halcyon International, LLC |
| PX180 | | | | | Email from Rafik Daher to Mike Baird et al. attaching TST Water General Representation Letter, attaching Gen Rep Letter |
| PX181 | | 3/8/17 | | 3/9/17 | Email re: response to Audit of consolidated financial statements of Halcyon International, LLC from Michael Baird to Rafik Y. Daher, et al. |
| PX182 | | | | | Email from Rafik Daher to Mike Baird et al. attaching TST Water Geenral Representation Letter, attaching TST Audit Report Cover and TST Audit Report |

| WHIRLPOOL CORPORATION v. TST WATER, LLC | | | | | Case No. 2:15-cv-1528-JRG |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
| PX183 | | | | | Halcyon International, LLC and Its Wholly Owned Subsidiary TST Water, LLC Report on Audit of Consolidated Financial Statements (December 31, 2015 and 2014) |
| PX184 | | | | | Independent Auditor's Report |
| PX185 | | | | | New Project Development Project Listing |
| PX197 | | | | | Presentation: TST Water, LLC Partnership Meeting 2015 Planning |
| PX200 | | 3/7/17 | | 3/8/17 | W5 Engineering Drawings |
| PX201 | | | | | W5 Engineering Drawings |
| PX208 | | | | | Handwritten notes of Drew Maconachy 10/12/15 |
| PX218 | | | | | Handwritten notes of Drew Maconachy 11/12/15 |
| PX220 | | | | | Installation Guide for Kitchen Aid Bottom-Mount Built-In Refrigerator (W10721117A) |
| PX221 | | | | | Use and Care Guide for Jenn-air Side by Side Refrigerator (W10681396A) |
| PX224 | | 3/7/17 | | 3/8/17 | TST Sales Summary (2016) |
| PX225 | | 3/7/17 | | 3/8/17 | TST Time and Labor Cost for W-5 |
| PX226 | | 3/7/17 | | 3/8/17 | TST Income Statement (December 1, 2015 through December 31, 2015) |
| PX227 | | 3/7/17 | | 3/8/17 | TST Income Statement (April 1, 2016 through April 30, 2016) |
| PX232 | | | | | Jenn-Air Detailed Planning Dimensions |
| PX233 | | | | | Installation Guide for Jenn-Air Side by Side Refrigerator (W10681449A) |
| PX237 | | 3/7/17 | | 3/8/17 | TST prototype drawing |
| PX238 | | | | | TST prototype drawing |
| PX241 | | | | | New Project Development Project Listing |
| PX244 | | 3/7/17 | | 3/8/17 | TST Monthly Sales of W-5 Filters (2015-2016) |
| PX245 | | 3/7/17 | | 3/8/17 | TST Monthly Sales of Whirlpool Compatible Filters (Q1 - Q2 2016) |
| PX246 | | 3/7/17 | | 3/8/17 | TST Monthly Sales of Whirlpool Compatible Filters (Q3 - Q4 2015) |
| PX247 | | | | | Handwritten notes of Drew Maconachy 11/12/15 |
| PX264 | | | | | File History of US Patent No. 7,000,894 |
| PX265 | | | | | Whirlpool Filter 1, Filter 3, and Housing Drawings |
| PX266 | | | | | Use and Care Guide For Whirlpool Refrigerator (2318584C) |
| PX267 | | | | | Press Release: EveryDrop™ Filters by Whirlpool Water Make a Splash at the International Home+Housewares Show |
| PX268 | | | | | Screenshot from Whirlpool website for side by side refrigerator |
| PX269 | | 3/6/17 | | 3/7/17 | How to Replace In-Grille Refrigerator Filter 3 Video |
| PX272 | | 3/7/17 | | 3/8/17 | Replacement Filter Distribution Agreement between Whirlpool Corporation and The Procter and Gamble Distributing Company |
| PX273 | | | | | Base Filter Supply Agreement between The Procter & Gamble Company and Whirlpool Corporation |
| PX274 | | 3/7/17 | | 3/8/17 | Technology, Commercialization and License Agreement between The Procter & Gamble Company and Whirlpool Corporation |
| PX275 | | 3/7/17 | | 3/8/17 | Consent to assignment between The Procter & Gamble Company and Whirlpool Corporation |
| PX276 | | 3/7/17 | | 3/8/17 | Technology, Commercialization and license Agreement between Whirlpool Corporation and The Procter & Gamble Company |

| WHIRLPOOL CORPORATION v. TST WATER, LLC | | | | | Case No. 2:15-cv-1528-JRG |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
| PX277 | | 3/7/17 | | 3/8/17 | Settlement Agreements and Consent Judgments between Whirlpool Corporation and other parties, including Air 1 Supply, America Investment and Products Corp., Arclyte Technologies, Inc., Aymeric Monello, Blue Grizzly, Brauchla TV, Inc., Brixton Holdings, LLC, Compatible Parts LLC and Arbitrage LLC, Craft Appliances, Inc., Crystal Rose Trading, Inc., DG Enterprises, LLC, Global Parts Supply, LLC d/b/a Pandora's OEM Appliance Parts, Global Sourced Products, Inc., iSave.com, Inc., iSpring Water Systems, LLC, Isupplies Plus, LLC, JJ Wholesale Group Inc. d/b/a Bob's Filters and Joseph Spira, National Trade Supply Settlement Agreement, Odoga Enterprises, P.S. Newby, LLC, PriceBreak, LLC, Purenex, Inc., Radiant Marketing, LLC d/b/a Clear Sip Water Filters, Spectacular Products, LLC, Swift Green Filters Ltd. and Waterfilters.NET LLC, Tianjin Jinghai Yunda Industry and Trade Co., Ltd., Wayne Wei and Rose Lu, Woodside Distributors, LLC, and Zipras, Inc. |
| PX278 | | | | | Test method Global Refrigeration Engineering Water Supply Components |
| PX282 | | 3/7/17 | | 3/8/17 | Technology, Commercialization, and License Agreement between Whirlpool Corporation and The Procter & Gamble Company |
| PX283 | | | | | NSF Product and Service Listings: Whirlpool |
| PX290 | | | | | Whirlpool Press releases |
| PX293 | | 3/7/17 | | 3/8/17 | Whirlpool Filter 3 Product Reviews |
| PX294 | | 3/7/17 | | 3/8/17 | TST W-5 filter product reviews |
| PX297 | | 3/6/17 | | 3/7/17 | Presentation: Filter 101 |
| PX299 | | | | | DIG Insights Presentation: Whirlpool Replacement Refrigerator Water Filter Study |
| PX300 | | | | | Mailer regarding filter replacement |
| PX301 | | 3/7/17 | | 3/8/17 | Presentation: 2014 Water Filtration Agency Kickoff |
| PX302 | | | | | Whirlpool Filter Sales by Filter from 2006-2014 |
| PX304 | | | | | Whirlpool Presentation: Whirlpool - PUR Alliance |
| PX305 | | | | | Whirlpool Presentation: Whirlpool - PUR Relationship Update (August 2004) |
| PX306 | | | | | Whirlpool Presentation: Refrigeration Filtration Strategy Situation Assessment and Recommendation |
| PX307 | | | | | 2004 Global Water P & L |
| PX309 | | | | | Whirlpool Presentation: Refrigeration Water Filtration Pricing |
| PX311 | | | | | Presentation: Global Refrigeration |
| PX313 | | | | | Whirlpool Corp Form 10-K (Fiscal Year Ended December 31, 2015) |
| PX314 | | 3/7/17 | | 3/8/17 | Whirlpool Filter 3 Compatible Refrigerator Sales and Profits (2011-Jun 2016) (native) |
| PX315 | | 3/7/17 | | 3/8/17 | Whirlpool Filter 3 Compatible Refrigerator Sales and Profits (2011-Jun 2016) |
| PX317 | | | | | Underlying data for graphs in "5+7 Sales Outlook" presentation |
| PX318 | | | | | Whirlpool Refrigeration Filter Balance of Sale (2015 to May 2016) |
| PX319 | | 3/7/17 | | 3/8/17 | Whirlpool Filter 1 & 3 sales (2015- May 2016) |
| PX320 | | 3/7/17 | | 3/8/17 | Whirlpool Filter 1 & 3 Variable Contribution Margin (2015 to May 2016) |
| PX321 | | | | | Filter 1 and 3 Purchases from 3M and Kemflo by Region |
| PX322 | | 3/7/17 | | 3/8/17 | Whirlpool Refrigerator Filter P&L (2015 to Apr 2016) |
| PX336 | | 3/7/17 | | 3/8/17 | Whirlpool Filter 1 & 3 Sales (2013 - 2014) |

| WHIRLPOOL CORPORATION v. TST WATER, LLC | | | | | Case No. 2:15-cv-1528-JRG |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
| PX339 | | | | | Whirlpool Corporation Invested in America Fact Sheet |
| PX342 | | 3/6/17 | | 3/7/17 | Presentation: Project Tornado |
| PX345 | | | | | EveryDrop Water Filters Training Presentation |
| PX346 | | 3/7/17 | | 3/8/17 | Email re: Home Depot Top 50 - Master Sheet - Sales of HDX Filters HD 2015 from Carlos Gomez to Rob Byrd, et al. with attachment |
| PX356 | | | | | WaterSentinel WSW-5 and EarthSmart W-5 Information Sheets, and About Us Page |
| PX357 | | | | | Email from Robert White to Rick Zibikowski re: HDX Torpedo Replacement Filter |
| PX358 | | 3/6/17 | | 3/7/17 | Commercialization and License Agreement between Whirlpool Corporation and Kaz Europe Sarl |
| PX360 | | | | | Anderson request for payment and supporting papers for warranty claim M-16-178948 |
| PX363 | | | | | Hietpas request for payment and supporting papers for warranty claim M-169215 |
| PX364 | | | | | James request for payment and supporting papers for warranty claim M-16-174853 |
| PX365 | | | | | Keegan request for payment and supporting papers for warranty claim |
| PX366 | | | | | Marquardt request for payment and supporting papers for warranty claim |
| PX373 | | | | | Carroll request for payment and supporting papers for warranty claim M-183661 |
| PX374 | | | | | Carter request for payment and supporting papers for warranty claim M-15-167855 |
| PX378 | | | | | Felling request for payment and supporting papers for warranty claim M-173834 |
| PX380 | | 3/7/17 | | 3/8/17 | Spreadsheet: CPG Business Review - 5+7 OL FINAL |
| PX381 | | 3/7/17 | | 3/8/17 | Spreadsheet: Whirlpool Filter 1 & 3 sales (2015- Aug 2016) |
| PX382 | | 3/7/17 | | 3/8/17 | 3M Generic Filter 4 / Torpedo Proposal Assessment - Single |
| PX384 | | 3/7/17 | | 3/8/17 | TST W-5 Prototype Photographs |
| PX385 | | | | | Spreadsheet: Refrigeration Water Filter Compliance |
| PX388 | | 3/7/17 | | 3/8/17 | Spreadsheet: Refrigeration P&L Snap-Shot |
| PX389 | | 3/7/17 | | 3/8/17 | Whirlpool Filter 3 Compatible Refrigerator Sales and Profits (2011- Sept 2016) (Updated) |
| PX390 | | 3/7/17 | | 3/8/17 | Whirlpool Filter 1 & 3 Variable Contribution Margin (2015 to Sept 2016) (Updated) |
| PX406 | | 3/7/17 | | 3/8/17 | The Home Depot Webpage: HDX FMW5 Refrigerator Filter Fits Whirlpool Filter 3107100 |
| PX407 | | | | | KleenWater Webpage: Whirlpool 4396841 Compatible Refrigerator Filter |
| PX409 | | | | | AquaThrift Webpage: Products - AQT-W5 |
| PX411 | | 3/8/17 | | 3/9/17 | Water Sentinel: WaterSentinel Water Filters - Refrigerator Water & Air Filter Products |
| PX412 | | | | | Amazon.com: Whirlpool EDR3RXD1 Everydrop Refrigerator Water Filter 3, White (Pack of 1) |
| PX417 | | 3/7/17 | | 3/8/17 | Whirlpool Filter Guide: Certified Refrigerator Filters (2016) (Color) |
| PX419 | | 3/7/17 | | 3/8/17 | TST Date of First Sale and 2016 Pricing |

| WHIRLPOOL CORPORATION v. TST WATER, LLC | | | | | Case No. 2:15-cv-1528-JRG |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
| PX420 | | | | | Whirlpool Corp. Water Filter Test Specification |
| PX421 | | | | | Whirlpool Filter 1 Flow Path Diagram |
| PX422 | | | | | Whirlpool Corp. v. Ahmet Matt Ozcan: Default Judgment and Order entering Permanent Injunction |
| PX438 | | | | | TST Water's Responses to Whirlpool's First Set of Requests for Admission (Nos. 1-40) |
| PX443 | | | | | Home Depot Website reviews for FMW-5DP |
| PX445 | | | | | U.S. Patent No. 8,216,463 - Refrigerator Water Filter Cartridge With Leakage Indicator |
| PX447 | | 3/7/17 | | 3/8/17 | Physical HDX FMW-5 Filter and packaging |
| PX448 | | 3/7/17 | | 3/8/17 | Physical WaterSentinel WSW-5 Filter and packaging |
| PX449 | | | | | Physical Whirlpool Refrigerator Model No. WRS322FDAB00 |
| PX450 | | 3/7/17 | | 3/8/17 | Physical TST Prototype W-5 Filters |
| PX451 | | | | | Physical Whirlpool Filter 3 Housing |
| PX452 | | | | | Physical Whirlpool Refrigerator GC5SHEXNB00 (Filter 3) |
| PX453 | | | | | Physical Whirlpool Refrigerator GS6NBEXRQ00 Refrigerator (Filter 3) |
| PX454 | | | | | Physical Whirlpool Refrigerator WR586FLDM Refrigerator (Filter 3) |
| PX458 | | 3/7/17 | | 3/8/17 | Amended 1006 Summary of Whirlpool and TST Financial Data |
| PX459 | | | | | Amended 1006 Summary of Whirlpool Damages Calculations |
| PX460 | | 3/7/17 | | 3/8/17 | Photographs of W-5 Filter and Head Assembly (referenced in Beaman Expert Report on Validity) |
| PX461 | | | | | Results of Insertion and Torque tests (referenced in Beaman Expert Report on Validity) |
| PX462 | | | | | Results of Pressure Tests (referenced in Beaman Report on Validity) |
| PX465 | | | | | Physical Jenn-Air Refrigerator JS42NXFXDW (Filter 3) |
| PX466 | | | | | Physical KitchenAid Refrigerator KBBL306EPA (Filter 3) |
| PX468 | | | | | Physical TST HDX FMW-5 Filter |
| PX470 | | | | | Everydrop Ice & Water Refrigerator Filters - Filter Guide |
| PX471 | | | | | Use and Care Guide for Side By Side Refrigerator (W10217561) |
| PX472 | | | | | Use and Care Guide for Jenn-Air Side By Side Built-In Refrigerator (W10303992) |
| PX473 | | | | | Use and Care Guide for Whirlpool Refrigerator (2318505) |
| PX474 | | | | | Use and Care Guide for Whirlpool Refrigerator (2318582) |
| PX475 | | | | | Whirlpool Refrigerator User Instructions (W10189345A) |
| PX476 | | | | | Whirlpool Refrigerator User Instructions (W10316637A) |
| PX477 | | | | | Whirlpool Refrigerator User Instructions (W10321467A) |
| PX478 | | | | | KitchenAid Refrigerator User Instructions (W10477773A) |
| PX479 | | | | | Whirlpool Refrigerator User Instructions (W10768947A) |
| PX480 | | | | | Whirlpool Refrigerator User Instructions (W10213155A) |
| PX481 | | | | | Whirlpool Refrigerator User Instructions  (W10321466A) |
| PX482 | | | | | Whirlpool Refrigerator User Instructions  (W10321466A) |
| PX483 | | | | | Whirlpool Refrigerator User Instructions  (W10321468A) |
| PX484 | | | | | Whirlpool Refrigerator User Instructions  (W10360467) |
| PX485 | | | | | Whirlpool Webpage: Accessories Lists for Whirlpool Refrigerators |

| WHIRLPOOL CORPORATION v. TST WATER, LLC | | | | | Case No. 2:15-cv-1528-JRG |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
| PX490 | | 3/6/17 | | 3/7/17 | Physical part number W10121138 (housing assembly), or components thereof |
| PX490**B** | | 3/7/17 | | 3/8/17 | Physical part number W10121138 (housing assembly) |
| PX492 | | | | | Physical part number W10121140 (housing assembly), or components thereof |
| PX494 | | 3/7/17 | | 3/8/17 | Physical EDR1RXD1 (Filter 1) (including packaging) |
| PX496 | | 3/6/17 | | 3/7/17 | Physical EDR3RXD1 (Filter 3) (including packaging) |
| PX498 | | | | | Physical PUR Push Button W1018667 (including packaging) |
| PX500 | | | | | Physical Whirlpool Filter 4396710 (including packaging) |
| PX502 | | 3/6/17 | | 3/7/17 | Physical Whirlpool Filter 4396841 (including packaging) |
| PX504 | | | | | Physical Kenmore Filter 9083 (including packaging) |
| PX506 | | | | | Physical Kenmore Filter 9030 (including packaging) |
| PX508 | | | | | Physical Kenmore Filter 9081 (including packaging) |
| PX510 | | | | | Physical Kenmore Filter 9930 (including packaging) |
| PX512 | | | | | Physical Whirlpool Filter W10295370 (including packaging) |
| PX516 | | | | | Physical Whirlpool Refrigerator Model No. ED2FHEXST00 (Filter 3) |
| PX517 | | | | | Photographs of refrigerators (Filter 3) |
| PX518 | | | | | Physical Whirlpool Refrigerator Model No. GS6SHEXNB02 (Filter 5) |
| PX520 | | | | | Physical Whirlpool Refrigerator Model No. WRS586 FLDM (Filter 1) |
| PX521 | | | | | Photographs of Whirlpool Refrigerator Model No. WRS586 FLDM (Filter 1) |
| PX523 | | | | | Photographs of Jenn-Air (Built in) Refrigerator Model No. JS42NXFXDW10 (Filter 3) |
| PX525 | | | | | Photographs of Black Whirlpool refrigerator Model No. GC5SHEXNB00 (Filter 3) |
| PX527 | | 3/7/17 | | 3/8/17 | USA Marketing Agreement between The Home Depot and Whirlpool Corporation |
| PX528 | | 3/7/17 | | 3/8/17 | Whirlpool Corporation December 2015 The Home Depot Monthly Purchases Total Gross Sales (excerpt) |
| PX529 | | 3/7/17 | | 3/8/17 | Whirlpool Corporation November 2015 The Home Depot Monthly Purchases Total Gross Sales (excerpt) |
| PX530 | | 3/7/17 | | 3/8/17 | Whirlpool Corporation The Home Depot Purchases - Admiral, Amana, Whirlpool, Maytag (excerpt) |
| PX531 | | 3/7/17 | | 3/8/17 | Whirlpool Corporation The Home Depot Purchases - Amana, Whirlpool, Maytag (excerpt) |
| PX532 | | | | | Email re: WHR v. Pavel - Amended Infringement Contentions from Sean Murray to Jeff Harty, et al. |
| PX533 | | 3/6/17 | | 3/7/17 | Settlement Agreement and Consent Judgment between Whirlpool Corporation and Pavel Water Filtration, Inc. |
| PX534 | | 3/6/17 | | 3/7/17 | Settlement Agreement and Consent Judgment between Whirlpool Corp. & Water Filters Fast |
| PX538 | | 3/7/17 | | 3/8/17 | TST Water Filter Sales (February 2016 - January 2017) |
| PX539 | | | | | U.S. Patent No. 7,147,773 |
| PX540 | | 3/8/17 | | 3/9/17 | Performance data sheet |
| PX541 | | 3/6/17 | | 3/7/17 | Physical -  Filter 5 (for PX 518) (including packaging) |
| PX542 | | | | | Presentation: Whirlpool's Kemflo Whirlpool US Water Updated |
| PX543 | | 3/7/17 | | 3/8/17 | Whirlpool Filter 1 & 3 sales (2015 - January 2017) |
| PX544 | | 3/7/17 | | 3/8/17 | TST Water LLC - Inventory Item History File by Item |

| WHIRLPOOL CORPORATION v. TST WATER, LLC | | | | | Case No. 2:15-cv-1528-JRG |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
| PX545 | | | | | The Home Depot - FMW-5 Refrigerator Filter Fits Whirlpool Filter 3 webpage |
| PX546 | | 3/7/17 | | 3/8/17 | HDX FMW-5 Refrigerator Replacement Filter product sheet |
| PX547 | | | | | KWW-5 Refrigerator Water Filter product packaging |
| PX548 | | | | | WHIRLPOOL 4396841 - COMPATIBLE REFRIGERATOR FILTER webpage |
| PX549 | | 3/7/17 | | 3/8/17 | WSW-5 Refrigerator Replacement Filter product sheet |
| PX550 | | | | | WSW-5 Refrigerator Replacement Filter product sheet |