# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

WHIRPOOL CORPORATION,

        Plaintiff,                                       **DEFENDANT'S EXHIBIT LIST**

    v.

TST WATER, LLC,

        Defendant.                                   Case No. 2:15-cv-1528-JRG

| PRESIDING JUDGE<br>HONORABLE RODNEY GILSTRAP | | | PLAINTIFF'S ATTORNEY<br>T. JOHN WARD, JR. | | DEFENDANT'S ATTORNEY<br>JOHN B. SGANGA, JR. |
|---|---|---|---|---|---|
| TRIAL DATE (S)<br>March 6, 2017 | | | COURT REPORTER<br>SHELLY HOLMES | | COURTROOM DEPUTY<br>JAN LOCKHART |
| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
| | DX1 | 3/9/2017 | | 3/10/2017 | U.S. Patent No. 3,399,776 to Robert R. Knuth |
| | DX2 | 3/7/2017 | | 3/8/2017 | U.S. Patent No. 5,320,752 to Robert A. Clack |
| | DX3 | 3/9/2017 | | 3/10/2017 | U.S. Patent No. 7,067,054 to Karl Fritze |
| | DX4 | 3/8/2017 | | 3/9/2017 | Physical: Filter 3 Housing |
| | DX5 | 3/8/2017 | | 3/9/2017 | Physical: 4396841, Whirlpool Replacement Filter |
| | DX6 | 3/8/2017 | | 3/9/2017 | Presentation - Tornado II Project Update |
| | DX7A | | | | [Color Version] November 16, 2012 Grill-Mounted PB-Lite Filtration System |
| | DX8 | | | | Presentation - History of PB Lite Quality Issue |
| | DX9 | | | | January 6, 2016 Whirlpool's Project Delivery Tracking System for PB Lite Filter |
| | DX10 | | | | June 27, 2014 Global Product Approval for PB-Lite Water Filter Cartridge |
| | DX11A | | | | [Color Version] Presentation - April 2003 PB Whirlpool's Lite Filter PP Material |
| | DX13 | | | | Presentation - Whirlpool's PB Liter Filter Cartridge and Housing |
| | DX14 | | | | April 11, 2013 Project Delivery Tracking System for Kemflo and Whirlpool |
| | DX16 | | | | May 15, 2015 Letter of Findings re PB Lite in Barracuda Engagement Issue |
| | DX17 | 3/8/2017 | | 3/9/2017 | December 3, 2013 Email from Edward Guo to Anuj Sharma, Joseph R. Peters, |
| | DX18 | 3/9/2017 | | 3/10/2017 | March 31, 1980 Japanese Unexamined Utility Model Registration Application |
| | DX20A | 3/8/2017 | | 3/9/2017 | [Color Version] RTV Supplier Visibility |
| | DX21 | | | | August 18, 2015 Email from Baird to Humphrey re Amana SxS and FD |
| | DX22 | 3/9/2017 | | 3/10/2017 | U.S. Patent No. 5,094,365 to Jan L. Dorfman |
| | DX25 | 3/9/2017 | | 3/10/2017 | June 23, 1998 Japanese Unexamined Patent Application No. H10-165944 |
| | DX26 | 3/9/2017 | | 3/10/2017 | U.S. Patent No. 3,715,032 to Stanley Nicko |
| | DX27 | 3/9/2017 | | 3/10/2017 | U.S. Patent No. 5,456,830 to Stanford |
| | DX28 | 3/9/2017 | | 3/10/2017 | U.S. Patent No. 6,027,644 to Magnusson |
| | DX29 | 3/9/2017 | | 3/10/2017 | U.S. Patent Publication No. 2002/0017497 to Fritze |
| | DX30 | | | | U.S. Patent No. 2,867,328 to Sorensen |
| | DX31 | | | | U.S. Patent No. 4,077,876 to Southall |
| | DX32 | | | | U.S. Patent No. 4,595,500 to Galbiati |
| | DX33 | | | | U.S. Patent No. 5,700,371 to Koslow |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | DX34 | | | | U.S. Patent No. 5,766,487 to Park |
| | DX35 | | | | U.S. Patent No. D405,157 to Hayes |
| | DX36 | | | | U.S. Patent No. D420,093 to Hayes |
| | DX37 | | | | July 24, 1990 Japanese Patent No. 4-83578 (with certified translation) |
| | DX43 | | | | Excel File: TST Availability of Filter Models |
| | DX44 | | | | February 26, 2014 Email from Michael Baird to Chuck Lacy, Randy Parmley, |
| | DX45 | | | | May 15, 2014 Email from Janine Gompper to Wayne Volland re Whirlpool |
| | DX52 | | | | August 21, 2015 Email from Mike Baird to Dustin Walker re Refrigerator Water |
| | DX59 | | | | HDX The Standard for Refrigerator Water Filters by Home Depot |
| | DX66 | | | | Powerpoint: Home Depot Private Brands Study |
| | DX67 | | | | Video: TST00103000 Powerpoint |
| | DX68 | | | | Video: TST00103000 Powerpoint |
| | DX71 | | | | Video: TST00103000 Powerpoint |
| | DX76 | 3/8/2017 | | 3/9/2017 | Excel File: RTV Supplier Visibility |
| | DX77 | 3/8/2017 | | 3/9/2017 | Excel File: THD Returns Log Sheet |
| | DX78 | 3/8/2017 | | 3/9/2017 | August 15, 2016 Letter from Eric Puzon to TST Water re WQA Inspection |
| | DX79 | | | | Customer Review from Amazon Webpage of Lonnie E. Holder's Review of |
| | DX82 | | | | Presentation - February 24, 2014 Global Water Engineering Summary on BIR |
| | DX83 | | | | Photo of woman struggling to change filter |
| | DX84 | | | | Uxm Findings |
| | DX91 | | | | September 22, 2016 Whirlpool's Reponses to TST's Third Set of Interrogatories |
| | DX92 | | | | September 30, 2016 Whirlpool's Supplemental and Amended Responses to |
| | DX93 | | | | September 30, 2016 Whirlpool's Supplemental Responses to TST's Second Set |
| | DX95 | | | | October 7, 2016 Whirlpool's Corrected Supplemental Response to TST's |
| | DX96 | | | | October 7, 2016 Whirlpool's Corrected Supplemental Response to TST's |
| | DX97 | | | | October 21, 2016 Whirlpool's Corrected Supplemental Reponses to TST's |
| | DX98 | | | | October 27, 2016 Whirlpool's Second Supplemental Response to TST's |
| | DX99 | | | | December 2, 2016 Whirlpool's Second Supplemental Response to TST's |
| | DX100 | 3/9/2017 | | 3/10/2017 | File History of U.S. Application No. 90/012,227 (Reexam of U.S. Patent |
| | DX102 | 3/9/2017 | | 3/10/2017 | File History of U.S. Application 10/424,200 (U.S. Patent 7,000,894) (Certified, |
| | DX108 | 3/8/2017 | | 3/9/2017 | Presentation - Whirlpool's Filter 101 |
| | DX109 | | | | Excel File: Project Objective: Transition of all Push Button Lite (Filter 1) filters |
| | DX115 | | | | Google Results Page of "www.whirlpoolsparts.com" |
| | DX116 | | | | Scanned Image of Whirlpool Water Filter Housing with Price and MI Address |
| | DX121 | | | | Scanned Images of Whirlpool Water Filter 3 with Price and CO Address |
| | DX132 | | | | Google Results Page of "www.whirlpoolsparts" |
| | DX140 | | | | November 12, 2015 Handwritten Notes Titled "TST Water (client)" with Email |
| | DX142 | | | | November 12, 2015 Handwritten Notes Titled "TST Water (client)" with Email |
| | DX144 | | | | November 12, 2015 Handwritten Notes Titled "TST Water (client)" with Email |
| | DX145 | | | | June 3, 2016 EnergyGuide Label re Jenn-Air Energy Use for USA and Canada |
| | DX146 | | | | June 3, 2016 Jenn-Air Refrigerator Manual |
| | DX148 | | | | June 3, 2016 Whirlpool Refrigerator Installation Instructions and Owners |
| | DX150 | | | | Whirlpool User Guide for Side by Side Refrigerator |
| | DX154 | | | | January 2007 Whirlpool Refrigerator Use & Care Guide 2318584C |
| | DX171 | | | | W-5 Made in America Country of Origin Spreadsheet |
| | DX173 | | | | May 14, 2015 Email from Michael Baird to Shannon Murphy, Steve Tedesco re |
| | DX175 | | | | June 18, 2015 Email from Dennis Roberts to Michael Baird, Shannon Murphy, |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | DX177 | | | | August 31, 2016 Email from Mohammed Bayati to Mike Baird re Thank You |
| | DX178 | | | | Records of Carbon Block Purchases |
| | DX194 | | | | April 5, 2016 TST Water LLC Income Statement from December 1, 2015 |
| | DX198 | | | | Excel File: Data From 1/1/2016 to 4/30/2016 |
| | DX210A | 3/7/2017 | | 3/8/2017 | [Color Version] PUR Water Purification Products OEM Refrigerator Filter |
| | DX214 | 3/9/2017 | | 3/10/2017 | Presentation - Project Tornado |
| | DX227 | | | | Excel File: June 30, 2015 W-5 Tests Metrics Per 100 Run Size/Pilot Run |
| | DX229 | | | | March 21, 2013 TST Water Receiving Inspection |
| | DX233 | | | | Excel File: June 18, 2015 WSW-5/New outter cap design |
| | DX234 | 3/8/2017 | | 3/9/2017 | December 14, 2015 TST Water Water Taste Test |
| | DX236 | | | | July 2, 2015 ISTAIA / 2A - Carton Drop Test |
| | DX238 | 3/8/2017 | | 3/9/2017 | June 30, 2015 TST Water Memo from Quality Department to Engineering |
| | DX240 | | | | Excel File: June 26, 2015 W-5 Tests Metrics Per 100 Run Size/Pilot Run |
| | DX241 | | | | Drawings - WSW-5 Assembly, WSW-5 Body, WSW-5 Outer Cap, WSW-5 Filter |
| | DX257 | 3/8/2017 | | 3/9/2017 | October 8, 2015 NSF International Test Report re Gold Series W-5 NSF/ANSI 42 |
| | DX258 | 3/8/2017 | | 3/9/2017 | September 28, 2015 NSF International Test Report re Gold Series W-5 Cyst |
| | DX259 | 3/8/2017 | | 3/9/2017 | February 19, 2015 Pace Analytical Laboratory Analysis Report Project No 3078 |
| | DX260 | 3/8/2017 | | 3/9/2017 | September 2, 2015 Water Quality Association Gold Seal Certificate |
| | DX261 | | | | September 1, 2015 Letter from Tom Spoden to Michael Baird re Testing report |
| | DX266 | | | | Performance Data Sheet for TST Water System Models: GSW-5 |
| | DX269 | | | | March 9, 2016 Email from Shannon Murphy to Brad Fogarty, Gerritt DeWitt, |
| | DX274 | | | | May 31, 2016 Water Quality Association Certified Drinking Water Treatment |
| | DX281 | 3/8/2017 | | 3/9/2017 | December 2, 2015 NSF International Test Report re Gold Series W-5 |
| | DX283 | | | | NSF Product and Service Listings |
| | DX288 | | | | U.S. Patent No. 5,008,963 [Exhibit E to Stein Expert Report] |
| | DX289 | | | | U.S. Patent No. 5,350,112 [Exhibit F to Stein Expert Report] |
| | DX290 | | | | U.S. Patent No. 7,124,920 [Exhibit J to Stein Expert Report] |
| | DX291 | | | | U.S. Patent No. D353,739 [Exhibit K to Stein Expert Report] |
| | DX292 | | | | U.S. Patent No. D356,229 [Exhibit L to Stein Expert Report] |
| | DX293 | | | | U.S. Patent No. D366,384 [Exhibit M to Expert Report] |
| | DX294 | | | | U.S. Patent No. D406,334 [Exhibit N to Stein Expert Report] |
| | DX295 | | | | U.S. Patent No. 424,374 [Exhibit O to Stein Expert Report] |
| | DX301 | | | | August 16, 2016 Notice of Deposition of Whirlpool Corporation Pursuant to |
| | DX303 | 3/6/2017 | | 3/7/2017 | Whirlpool's Filter Guide |
| | DX306A | | | | Tornado Loose Fill Project |
| | DX307 | | | | May 15, 2002 Report from Technical Design Preview Team to Todd Rose re |
| | DX308 | 3/7/2017 | | 3/8/2017 | March 7, 2002 Blueprints of PUR Water Filters |
| | DX309 | 3/6/2017 | | 3/7/2017 | Presentation - Tornado |
| | DX311 | | | | Diagram of filter with fan and compressor, condenser, drain pan, rear and |
| | DX312 | | | | Presentation - Tornado I: CSM |
| | DX314 | | | | Presentation - December 6, 2002 Tornado I, Concept Evaluation Tollgate |
| | DX315 | 3/6/2017 | | 3/7/2017 | Excel File: Failure Modes and Effects Analysis (FEMA) from Tornado Project |
| | DX316 | 3/6/2017 | | 3/7/2017 | Nov 7, 2014 Lab Report - PB Large Returned Filter Flow Rate Test |
| | DX320 | | | | Photos - Quarter Turn Filters and Head Assembly |
| | DX321 | | | | Photos re Whirlpool GS6NBEXRQ00 (white) |
| | DX323 | 3/9/2017 | | 3/10/2017 | Video re Whirlpool GC5SHEXNB00 (black) 2 |
| | DX326 | | | | Video re Whirlpool GS6NBEXRQ00 (white) 2 |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | DX339 | | | | August 4, 2016 Consent Judgment and Permanent Injunction (Whirlpool v |
| | DX340 | | | | Water Sentinel website pages |
| | DX342 | | | | TST Water website pages |
| | DX348 | | | | September 8, 2016 Amazon customer reviews of Water Sentinel WSW-5 |
| | DX349 | | | | September 8, 2016 Lowe's customer reviews of Whirlpool EveryDrop Filter |
| | DX353A | 3/7/2017 | | 3/8/2017 | Presentation - November 2010 Whirlpool's Point of View Future Water Filter |
| | DX354 | | | | Excel File: Whirlpool Water Filter/Refrigerator Brand Survey Summary Report |
| | DX355 | | | | November 17, 2014 BFG's Creative Brief regarding 2015 Campaign for |
| | DX359 | | | | March 17, 2014 bag's Creative Brief regarding EveryDrop Filter Card |
| | DX361 | | | | Excel File: Table Comparisons of Whirlpool Averages and Industry Averages |
| | DX362 | 3/7/2017 | | 3/8/2017 | March 23, 2016 Email from Robert White to Adrian Aspenson re HDX Brand |
| | DX363 | | | | Bulk Mail Enclosing Letters Sent Out to Customers Reminding them to Replace |
| | DX365A | | | | [Color Versions] Presentation - August 19, 2015 Whirlpool's PUR & Whirlpool |
| | DX366 | | | | July 17, 2014 Email from Rick Zbikowski to Bridget Battistone and Robert |
| | DX371 | 3/7/2017 | | 3/8/2017 | Graph from excel file showing Filter 1 is replacing filter 3 production in SXS |
| | DX373 | | | | May 15, 2015 Email from Bonuso to Robert White re GE Filter |
| | DX375A | | | | [Color Version] August 5, 2014 Whirlpool Water's 2014 Water Filtration Agency Kickoff |
| | DX379 | | | | Drawing of Port Axis with Measurements |
| | DX382 | | | | May 4, 2013 KX MOU on Option for Exclusive License of U.S. Patent No. |
| | DX387 | | | | Excel File: September 22, 2014 NPD Project Status |
| | DX393 | | | | October 2, 2014 Letter from John Adkisson (FISH) to Mike Baird re 3M |
| | DX398 | | | | January 29, 2015 Notice of Dismissal Without Prejudice [3M v. TST Water] |
| | DX399 | | | | Water Sentinel WSW-5 Filter Information Sheet |
| | DX400 | | | | May 15, 2007 Trademark License Agreement between Procter & Gamble and |
| | DX401 | | | | 2011 Technology, Commercialization and License Agreement between |
| | DX408 | | | | Excel File: Water Filter and Water Filter Units Sold 2007-2014 |
| | DX409 | 3/7/2017 | | 3/8/2017 | Excel File: Consumer Products Refrigeration Water Filter Compliance 2014- |
| | DX411 | 3/8/2017 | | 3/9/2017 | Install Base = Sum of Shipments the Past 10 Years |
| | DX414 | 3/6/2017 | | 3/7/2017 | July 23, 2015 Email from Jennifer Bonuso to Brett Dibkey re LPR Slide Update |
| | DX415A | 3/8/2017 | | 3/9/2017 | [Color Versions] Slide from PowerPoint re IBU Update Whirlpool, CPG |
| | DX416A | 3/8/2017 | | 3/9/2017 | [Color Versions] Presentation - Creating A Winning Partnership PUR |
| | DX418 | | | | Excel File: Total Refrigeration Sales by Filter, Filter Replacement Chart |
| | DX419 | | | | October 23, 2015 Email from Bridgette Battistone to Jennifer Bonuso re |
| | DX423 | | | | May 15, 2015 Email from Jennifer Bonuso to Robert White re GE Filter |
| | DX424 | | | | May 15, 2015 Email from Robert White to Jennifer Bonuso re GE Filter |
| | DX428 | 3/8/2017 | | 3/9/2017 | October 10, 2014 Email from Lauren Nelson to Jennifer Bonuso re YTD |
| | DX429 | | | | December 17, 2014 Email from Eric Bauchet to Jennifer Bonuso re 3M |
| | DX430 | 3/8/2017 | | 3/9/2017 | July 26, 2015 Email from Jennifer Bonuso to Laurent Borne re LRP |
| | DX431 | 3/8/2017 | | 3/9/2017 | February 24, 2015 Email from Daniel Ehler to Jennifer Bonuso re Filter 4 vs |
| | DX436 | | | | Table Comparisons of Filters from Various Companies "Pur entering in |
| | DX437 | 3/6/2017 | | 3/7/2017 | March 2014 Whirlpool Refrigeration Filter Compliance Report |
| | DX441 | 3/8/2017 | | 3/9/2017 | Physical: Whirlpool everydrop™ Ice and Water Refrigerator Filter 3 in |
| | DX442 | 3/7/2017 | | 3/8/2017 | Physical: HDX Filter FMW-5 |
| | DX446 | | | | Water Filter Reference Guide |
| | DX454 | | | | October 1, 2002 Technology, Commercialization, and License Agreement |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | DX458 | | | | September 22, 2003 Replacement Filter Distributor Agreement between |
| | DX460 | | | | May 15, 2007 Execution Copy of Technology, Commercialization, and License |
| | DX461 | 3/8/2017 | | 3/9/2017 | November 6, 2002 Email from Thom Lachman to John Kroonblawd, et al. re |
| | DX462 | 3/7/2017 | | 3/8/2017 | October 12, 2006 Email from John Kroonblawd to Jacqui Winship re Water |
| | DX463 | 3/8/2017 | | 3/9/2017 | January 16, 2009 Email from John Kroonblawd to Jonathan Hall re 2008 GPL |
| | DX464 | 3/8/2017 | | 3/9/2017 | Presentation - March 2006 Whirlpool Corporation PUR Alliance Update |
| | DX474 | 3/7/2017 | | 3/8/2017 | November 21, 2016 Internet Pages of Composite Push In Air Fitting/ Push in |
| | DX475 | | | | Amazon.com Screenshot of John Guest Speedfit Reducing Elbow |
| | DX476 | | | | Photograph of Refrigerator from Joseph Beaman Corrected Expert Report |
| | DX482 | 3/8/2017 | | 3/9/2017 | U.S. Patent No. 8,216,463 |
| | DX484 | | | | October 28, 2016 TST Water Quality Department, Freeze Test Analysis - HDX |
| | DX485 | | | | TST Water Freeze Testing Protocol |
| | DX487 | | | | U.S. Patent No. 1,192,860 |
| | DX488 | | | | U.S. Patent No. 2,431,782 |
| | DX489 | | | | U.S. Patent No. 2,735,696 |
| | DX490 | | | | U.S. Patent No. 2,823,934 |
| | DX491 | | | | U.S. Patent No. 2,850,297 |
| | DX492 | | | | U.S. Patent No. 2,904,182 |
| | DX493 | | | | U.S. Patent No. 2,966,371 |
| | DX494 | | | | U.S. Patent No. 3,278,034 |
| | DX495 | | | | U.S. Patent No. 3,685,659 |
| | DX496 | | | | U.S. Patent No. 4,857,189 |
| | DX497 | | | | U.S. Patent No. 5,102,542 |
| | DX498 | | | | U.S. Patent No. 5,460,719 |
| | DX499 | | | | U.S. Patent No. 5,803,227 [Exhibit G to Stein Expert Report] |
| | DX500 | | | | U.S. Patent No. 5,914,037 |
| | DX510 | | | | December 3, 2002 Email from John Kroonblawd to Thomas Bartelman and |
| | DX536 | | | | September 18, 2015 Email from Humphrey to Baird re HomeDepot Contract |
| | DX546 | 3/8/2017 | | 3/9/2017 | U.S. Patent No. 5,882,515 |
| | DX548 | | | | June 24, 2015 Email from Dennis Roberts to Shannon Murphy re WS5 block |
| | DX552 | | | | April 26, 2013 Email from Russ Patterson to Mike Baird re Patent License |
| | DX553 | | | | July 17, 2013 Email from Mike Baird to Russ Patterson re 90 Day Extension |
| | DX554 | | | | May 4, 2013 Email from Mike Baird to Russ Patterson re MOU with KX License |
| | DX555 | 3/8/2017 | | 3/9/2017 | W-5 Design File |
| | DX676 | | | | Excel File: Whirlpool Refrigeration Filter Balance of Sale |
| | DX678 | | | | Bonenberger, The First Snap-Fit Handbook [Exhibit R to Stein Expert Report] |
| | DX687 | | | | U.S. Patent No. 6,050,811 [Exhibit H to Stein Expert Report] |
| | DX690 | | | | U.S. Patent No. 7,056,435 |
| | DX692 | | | | Physical: Sectioned 4396710, Whirlpool Refrigerator Ice & Water Filter |
| | DX694 | | | | Physical: C6841, Coral Refrigerator Water Filter |
| | DX695 | | | | Physical: US Patent No. 5,882,515 to Baird (WaterMaker Five Reverse Osmosis |
| | DX697 | 3/8/2017 | | 3/9/2017 | Physical: TST Prototype Cartridges |
| | DX701 | | | | Physical: RFC0800A, Refrigerator Water Filter |
| | DX713 | | | | Physical: WSW-5, WaterSentinel Refrigerator Replacement Filter |
| | DX714 | | | | Physical: Whirlpool everydrop™ Ice & Water Refrigerator Filter 1, Part No. |
| | DX715 | | | | Physical: Whirlpool everydrop™ Ice & Water Refrigerator Filter 3, Part No. |
| | DX716 | 3/6/2017 | | 3/7/2017 | Physical: Whirlpool everydrop™ Ice & Water Refrigerator Filter 5 (filter and |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | DX717 | | | | Physical: Silver KitchenAid KBBL306EPA Refrigerator (Filter 3) (New) |
| | DX718 | | | | Physical: Jenn-Air JS42NXFXDW Refrigerator (Filter 3) (New) |
| | DX719 | | | | Physical: Silver Whirlpool WRS586FLDM Refrigerator (Filter 1) (New) |
| | DX720 | | | | Physical: White Whirlpool GS6NBEXRQ00 Refrigerator (Filter 3) (Used) |
| | DX721 | | | | Physical: Black Whirlpool GC5SHEXNB00 Refrigerator (Filter 3) (Used) |
| | DX722 | 3/7/2017 | | 3/8/2017 | Physical: Whirlpool Water Filter Housing, item number 1480816, part number |
| | DX724 | | | | Physical: Whirlpool Water Filter Housing, item number 1480816, part number |
| | DX726 | 3/7/2017 | | 3/8/2017 | Physical: Whirlpool Filter 3, item number 4273160, part number EDR3RXDI, |
| | DX727 | | | | Physical: Filter 2 Replacement, Ice & Water Refrigerator Filter |
| | DX728 | | | | Physical: Sectioned 4396841 Replacement, Ice & Water Refrigerator Filter |
| | DX729 | | | | Physical: FMW-5, HDX Refrigerator Replacement Filter in clamshell |
| | DX733 | | | | TST organizational chart |
| | DX740 | | | | Video: Whirlpool Installation Instructions |
| | DX742 | | | | September 23, 2015 Email from Bazaarvoice Connections to TST Water re TST |
| | DX745 | | | | Video: woman attempting to change filter in grill |
| | DX746 | | | | UXm Results of Elite SXS Refrigerator |
| | DX747 | | | | Uxm Supplemental Data of Kenmore Elite 55603 |
| | DX749 | | | | Presentation - April 12-13, 2011 Whirlpool's Quarterly Meeting on |
| | DX750 | 3/8/2017 | | 3/9/2017 | Photos of Hydro-Flow's CA facility |
| | DX752 | | | | Photos re Whirlpool GC5SHEXNB00 (black) 2 |
| | DX753 | | | | Photos of Documents Accompanying Purchased KitchenAid KBBL306EPA, Jenn- |
| | DX754 | 3/8/2017 | | 3/9/2017 | Interior photos of TST CA facility |
| | DX755 | 3/8/2017 | | 3/9/2017 | Exterior photos of TST's CA facility |
| | DX756 | | | | Photos re Whirlpool GS6NBEXRQ00 (white) 2 |
| | DX757 | 3/6/2017 | | 3/7/2017 | Photos re KitchenAid KBBL306EPA (silver metal) 2 |
| | DX758 | 3/9/2017 | | 3/10/2017 | Photos re Whirlpool GC5SHEXNB00 (black) |
| | DX759 | | | | Photos re KitchenAid KBBL306EPA (silver metal) |
| | DX762 | | | | Photos re Sectioned Filters |
| | DX769 | | | | February 5, 2016 Email from Dennis Roberts to Michael Baird re Ongoing |
| | DX770 | | | | HDX FMW-5 Refrigerator Replacement Filter Advertisement |
| | DX773 | | | | September 8, 2016 Amazon customer reviews of Whirlpool EveryDrop Filter 3 |
| | DX783 | | | | '029 Utility Patent Application |
| | DX784 | | | | '310 Utility Patent Application |
| | DX785 | | | | U.S. Patent No. D759,789 |
| | DX786 | | | | Drawing showing TST design at issue in 3M v. TST |
| | DX788 | | | | Video: TST WSW-5 installation video |
| | DX789 | | | | Physical: WSG-4, HDX Filter |
| | DX790 | 3/8/2017 | | 3/9/2017 | Physical: CWG-1, Culligan Filter |
| | DX794 | | | | U.S. Patent No. 6,296,626 [Exhibit I to Stein Expert Report] |
| | DX798 | | | | Presentation - Whirlpool's PB Liter Filter Cartridge and Housing |
| | DX800 | | | | Presentation - Whirlpool Filter Migration |
| | DX808 | | | | Email re Preliminary NAR refrigerator filter TCQ report and attaching Emerging |
| | DX811 | | | | File History of U.S. Application No. 29/565,895 |
| | DX812 | | | | Email re: Stephen Eyraud posted a question to the group D70 - Appliances |
| | DX813 | | | | TST Purchase Order to Source One, Order No. 10952 |
| | DX814 | | | | Spreadsheet containing customer reviews of TST's products |
| | DX815 | | | | Presentation: Whirlpool NAR Water Filtration Strategy |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | DX816 | 3/7/2017 | | 3/8/2017 | Spreadsheet: Project Tornado Sensitivity Schedule |
| | DX817 | | | | Hanover Water Filtration Strategic Trend Analysis |
| | DX818 | | | | Push Button Lite CET Tollgate Presentation |
| | DX819 | | | | PUR Water Filter Reference Guide (12/08) |
| | DX820 | | | | Photographs of PUR Push Button W1018667 |
| | DX821 | | | | Photographs of Whirlpool Filter 4396710 |
| | DX822 | | | | Photographs of Whirlpool Filter 4396841 |
| | DX823 | 3/8/2017 | | 3/9/2017 | February 20, 2017 NSF Official Listing for TST Water, LLC |

Case 2:15-cv-01528-JRG   Document 155   Filed 03/13/17   Page 7 of 7 PageID #: 6430