Case 2:15-cv-01528-JRG Document 228  Filed 10/22/18  Page 1 of 2 PageID #: 10126
Case: 18-1789  Document: 28  Page: 1  Filed: 10/22/2018


NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**WHIRLPOOL CORPORATION,**
*Plaintiff-Cross-Appellant*

v.

**TST WATER, LLC,**
*Defendant-Appellant*

2018-1789, -1862

Appeals from the United States District Court for the Eastern District of Texas in No. 2:15-cv-01528-JRG, Judge J. Rodney Gilstrap.

**ON MOTION**

**O R D E R**

Upon consideration of the parties' joint motion to voluntarily dismiss the above-captioned appeals,

IT IS ORDERED THAT:

(1) The motion is granted.  The appeals are dismissed.

(2)  Each side shall bear its own costs.

FOR THE COURT

<u>Oct. 22, 2018</u>       <u>/s/ Peter R. Marksteiner</u>
    Date          Peter R. Marksteiner
                   Clerk of Court

s31

<u>ISSUED AS A MANDATE:</u> <u>October 22, 2018</u>